FILED IN CLERKS OFFICE
NOV 12 '26 PM3:28 USDC MA



# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Case No. ______________________
*(to be filled in by the Clerk's Office)*

______________________________
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☐ Yes ☑ No

______________________________
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Timothy E Mullen (Retired) |
| Street Address | 6 Lowland Ct. Apt B |
| City and County | Worcester MA 01602 |
| State and Zip Code | |
| Telephone Number | 413-433-6988 |
| E-mail Address | None |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | US MARSHAL Executive Committee Member |
| Job or Title *(if known)* | Federal Judiciary Board ESCROW Investigator |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ESCROW CloseouT U.S.MARSHAL ESCROW INVestergator Executive Committee Federal Judiciary Board

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Timothy E. Mullen, is a citizen of the State of *(name)* SAME.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* US.MARSHAL'S ESCROW INVestergator Executive Committee Federal Judiciary Board Master, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation
The defendant, *(name)* US Marshal Escrow Investigator Executive Committee Federal Judiciary Board, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Medicare Reimburstment premium
Escrow close out. years that passed

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Timothy E Mullen NOV 12, 2026

Signature of Plaintiff: Timothy E Mullen

Printed Name of Plaintiff: Timothy E Mullen

### B. For Attorneys

Date of signing: NOV 12 2026

Signature of Attorney: Pro Se

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

FILED IN CLERKS OFFICE
NOV 12 '26 PM3:25 USDC MA

November 21, 2024

Timothy Edward Mullen 413-433-~~6985~~ 6988
6 Lowland Ct, Apt B (letter)
Worcester MA 01602

Civil First to get Escrow closeout after
I would like to file a criminal complaint on May 21, 2024. I have filed a complaint at Federal Court House asking for help on many issues. I want hate crime charges for escrow crimes. I have not had any help, I have taken an oath as a US Marshal Escrow Investigator Executive Committee Federal Judiciary Board member.. I have only paid cash for my rent, electric, gas, phone and cable/DirTV. All have been paid on time. Never late. I have never taken any escrow accounts on gifts. These crime have gone on since 1994 in R.I. I have called channel 7 solve it for help.
I have the right to close out 9 years four months home ownership or 8 years 10 months rental. Both state have crimes going.
I need appt. ASAP.

Timothy E. Mullen 11/21/24

May 21, 2024

page 1

Timothy E Mullen
6 Lowland Ct Apt B (letter)
Worcester MA 01602

I would Like to File A Criminal Complaint. As of May 21, 2024. I have Blocked over 2100 Phone numbers, from teller marketers And other company's I have ask them to stop calling my Number, I have also Text them to stop. I Believe This to Be Attempt to cover up Escrow Prepaid credit card Thefts. They have Been Robbing my cards since 1994. I have taking A oath as A US Marshall Escrow Investigator Executive Committee Federal Judiciary Board Member. The Judge I was working with is Deceased. I took oath as one sometime in 1996, Location was At Gorton Junior High school Drapper Avenue Warwick Rhode Island. The Judge Decided to Keep my Escrow Number in place, Then He sealed A New Number, Because First Two years of when I owned my My House, The cards where stolen. I Dont Know what my Escrow Number Ever was; We Thought it Best That I Didnt Know what my Escrow Number was, He put A

May 21, 2024
page 2

Timothy E Mullen
6 Lowland Ct Apt B (Letter)
Worcester MA 01602

Tracking on my Name and account. He Told me it would Be a Hate crime to me. When They Run my Name and account I can close out with 22% Interest plus They Double my escrow and go 22% Interest till I close out my account, Then They can Multiply up to Five Times or Max it out at 1,8 million if crimes are High up. I Have Rented August 2010 27½ Ellsworth st. Worcester MA, Then moved To 6 Lowland Ct Apt B. (Federal Housing) Made a separate case Here. Since then have not closed out Nothing. I Want To close out. I Need US Marshall escrow Investigator executive committee Federal Judiciary Board member CITS a long story) But I have paid everything cash only. Gas, electric phone Rent ~~cable~~. Direct TV and cable on Time Medicare and Final expense and other company's. They obtained my Number Illegally. They will Not stop calling, I want charges. I Told, I would Not

May 21, 2024
page 3

Timothy E Mullen
6 Lowland CT Apt B (Letter)
Worcester MA 01602

change my Medicare To Death. I have called Medicare and looked that no Third party can change my plan and had note, I would not change it to my Death. Now SBI is paying 97 percent of my Premium, I paid my share in Full For The year The Reason I left my Medicare as Expense was For investigation. (plus I got 22% Interest) I was going to close out 2004 But I had a Foreclosure on my House was not done correctly (Another long story). The premium was paid by me For investigation in Rhode Island. Note I have stock in [redacted] Pfizer And I Have A painting worth over now 100 million Dollars in A safe Somewhere in Massachusetts (my other painting is where House stuff is, IT got The Information on All This, That one is worth millions.) But I could not sell Them Till my Birthday in 2005. The painting at safe is protected with my DNA.

May 21, 2024
page 4 (Letter)

Timothy E Mullen
6 Lowland Ct Apt B
Worcester MA 01602

My Life is Been a Living hell, The paintings are About pure Faith in Jesus (Another incredible story), ITS probably why my Life is Been This way. Plus so much more, IT Hard to Believe And ITS All TRUE. There is A LOT to go over, This is JUST A short overview. You will Need all The Tapes of Worcester Housing Court Docket # 2285CV01026 Medicare Docket # 21H85SC000053 (Number in Letter) AND Documentation.

Note (SENT Letter into Health And Human Services For Help Too. But No help Same Letter to Social Security)

Timothy E. Mullen

May 21, 2024
413-433-6988